UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLEG FEDCHUK,<br><br>              Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND NATURALIZATION SERVICES, INC., *et al.,*<br><br>              Defendants. | Case No.  C07-5159 FDB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE FOR FAILURE TO STATE A CLAIM |

      This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.   On April 19, 2007, Plaintiff was ordered to show cause by May 25, 2007 why his complaint should not be dismissed for failure to state a claim. (Dkt. # 6).   Plaintiff requests a thirty day extension of time in which to obtain information from the Federal Public Defender's Office and INS to respond to the Court's Order.  (Dkt. # 7).

      Accordingly, it is **ORDERED** that Plaintiff shall file a response with the Court on or before **June 29, 2007.**  If Plaintiff fails to file a response or the response shows the Plaintiff cannot go forward the Court will enter a report and recommendation that the complaint be dismissed.

      DATED this 23rd day of May, 2007.

                                                    Karen L. Strombom
                                                  United States Magistrate Judge