UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OLEG FEDCHUK,

                Plaintiff,

          v.

IMMIGRATION AND
NATURALIZATION SERVICES, *et al.*,

                Defendants.

Case No.  C07-5159 FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION DISMISSING
COMPLAINT

      This matter comes before the Court on the Magistrate Judge's recommendation that Plaintiff's request to voluntarily dismiss this action be granted.  Plaintiff has not filed an objection.  The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER::

     (1)     The Court adopts the Report and Recommendation;

     (2)     The Complaint [Dkt. #5] is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

     (3)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Karen L. Strombom.

      DATED this 27th day of August, 2007.

                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE

ORDER
Page - 1