# United States District Court

WESTERN DISTRICT OF WASHINGTON

Oleg Fedchuk

v.

Immigration and Naturalization Services, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5159FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The Complaint (Dkt. #5) is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

August 29, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk